IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DR. MUHAMMAD SHAJAAT**                                        **PLAINTIFF**

V.                              4:22CV00490 JM

**DENIS MCDONOUGH,**
**SECRETARY OF THE**
**DEPARTMENT OF**
**VETERANS AFFAIRS,**
In his official capacity                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 3rd day of May, 2024.

_____
James M. Moody Jr.
United States District Judge